| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | COUNTY OF | INDEX NO: 07 CV 6564<br>FILED ON: July 20, 2007<br>DISTRICT: Southern/New York |

*Fred ALston, as Trustee of the Local 272 Labor-Management Pension Fund, etc.*

vs                                                                                                          Plaintiff(s)

*College Place Enterprise LLC*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:            **AFFIDAVIT OF SERVICE**
                                                                                        **BY THE SECRETARY OF STATE**

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 7, 2007_____, at ___1:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed

_____Summons in a Civil Action and Complaint_____

_____, on

_____College Place Enterprises LLC h/s/a College Place Enterprise LLC_____

Defendant in this action, by delivering to and leaving with ___Tammy Alexander___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section  303 Limited Liability Company Law .

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by              ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:   Approx. Age: _34 years_   Approx. weight: _140 lbs._   Approx. Ht.: _5' 6"_
Sex: _Female_   Color of skin: _Black_   Color of hair: _Black_   Other: _____

Sworn to before me on ___August 7, 2007___

_signature_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_signature_
Stephen L. Collen

Invoice•Work Order # 0706646