HELLERISSIN S.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON, as a Trustee of THE LOCAL 272
LABOR-MANAGEMENT PENSION FUND; FRED
ALSTON. as a Trustee of THE LOCAL 272
WELFARE FUND,

        Plaintiffs,

-against-

COLLEGE PLACE ENTERPRISE LLC,

        Defendant.

07 CV 6564 (AKH/THK)

STIPULATION EXTENDING TIME
TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT

---

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Fred Alston. as a Trustee of The Local 272 Labor Management Pension Fund, Fred Alston, as a Trustee of The Local 272 Welfare Fund, and Defendant, College Place Enterprise LLC, acting by their respective attorneys, that the time for Defendant to answer or otherwise move in response to the Complaint shall be extended from September 7, 2007 to and including September 21, 2007, without prejudice to any right, remedy. claim or defense that either Defendant or Plaintiffs may

present and that an Order to this effect may be entered by the Court upon presentation of this Stipulation.

Dated: August 31, 2007

_____
Jeffrey S. Dubin, Esq. (JD-0446)
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300

Attorney for Plaintiffs
Fred Alston, as a Trustee of
The Local 272 Labor-Management
Pension Fund; Fred Alston, as a
Trustee of The Local 272 Welfare Fund

_____
Marc L. Silverman, Esq. (MS-5810)
SCHIFF HARDIN LLP
900 Third Avenue, 23rd Floor
New York, NY 10022
(212) 753-5000

Attorneys for Defendant
College Place Enterprise LLC

SO ORDERED: 9/6/07

_____
USDJ

NY\50205872.1